**Greg Claessens, OSB No. 133263**
Attorney for Plaintiff, Christine Gittins
Claessens Law
345 Lincoln St. SE
Salem, Oregon 97302
greg@claessenslaw.com
Phone: (503) 385-0121

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTINE GITTINS,<br>    Plaintiff, | Case No.: 3:19-cv-66 |
| v. | |
| UNITED STATES OF AMERICA,<br>    Defendants. | |

**SUMMONS IN A CIVIL ACTION**

To:   UNITED STATES OF AMERICA, service to be provided to all three addresses below:

United States of America (re: Department of Veterans Affairs)
c/o Billy J. Williams, United States Attorney's Office, District of Oregon
Attn: Civil Process Clerk
1000 SW Third Ave. Suite 600
Portland, OR 97204

United States of America (re: Department of Veterans Affairs)
c/o Tort Law Group (021),
810 Vermont Ave NW,
Washington, DC 20420

SUMMONS – 1

United States of America (re: Department of Veterans Affairs)
c/o Matthew G. Whitaker, Acting Attorney General, Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Greg Claessens
> 345 Lincoln St. SE
> Salem, OR 97302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **01/16/2019**         By: **s/R. Schlatter, Deputy Clerk**

SUMMONS – 2