**GREG CLAESSENS, OSB #133263**
Attorney for Plaintiff, Christine Gittins
Claessens Law
345 Lincoln St. SE
Salem, Oregon 97302
greg@claessenslaw.com
Phone: (503) 385-0121

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **CHRISTINE GITTINS,** | Case No.: 3:19-cv-00066-SB |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate to the dismissal of the above case with prejudice and without costs or attorney fees to any party.

IT IS SO STIPULATED:

Dated this 16th day of September, 2019:   By:   */s/ Alison Milne*
Alison Milne, OSB No. 155212
Attorney for Defendant United States

Dated this 16th day of September, 2019:   By:   */s/ Greg Claessens*
Greg Claessens, OSB No. 133263
Attorney for Plaintiff